Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS JOSEPH PORRO IV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CHURCH OF JESUS CHRIST<br>OF LATTER-DAY SAINTS,<br><br>　　　　　Defendant. | No. C13-1879 RAJ<br><br>ORDER OF DISMISSAL |

On November 4, 2013, the Court issued an order requiring the parties to file a Joint Status Report by December 18, 2013 (Dkt. #5). No such report was filed.

On December 23, 2013, the Court entered an Order to Show Cause (Dkt. #6), ordering Plaintiff to show cause no later than December 30, 2013 why this action should not be dismissed for failing to comply with the Order Requiring Joint Status Report, and warning Plaintiff that absent a timely response to the Order to Show Cause, this action would be dismissed without prejudice.

There has been no response to the Court's Order to Show Cause and no Joint Status Report has been filed.

ORDER OF DISMISSAL – 1

NOW, THEREFORE, this matter is DISMISSED without prejudice based on Plaintiff's failure to prosecute.

DATED this 2nd day of January, 2014.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge